933 So.2d 601 (2006)
Ilan AMAR, Appellant,
v.
Alicia Sue KHAN-AMAR, Appellee.
No. 4D05-3820.
District Court of Appeal of Florida, Fourth District.
June 21, 2006.
Stephen H. Butter of Stephen H. Butter, P.A., Aventura, for appellant.
Evan H. Baron of Evan H. Baron, P.A., Weston, for appellee.
PER CURIAM.
Affirmed. See Schmitz v. Schmitz, 891 So.2d 1140 (Fla. 4th DCA 2005); Piluso v. Piluso, 622 So.2d 117 (Fla. 4th DCA 1993).
WARNER, GROSS and HAZOURI, JJ., concur.